# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156777(56)

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

JOSHUA LEE THORPE,
            Defendant-Appellant.

SC:  156777
COA:  332694
Allegan CC:  13-018428-FH

_____/

        By order of Chief Justice, the motion of defendant-appellant to extend the time for filing his supplemental brief is GRANTED.  The supplemental brief will be accepted as timely filed if submitted on or before December 20, 2018.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2018



Clerk